Dismissed and Memorandum Opinion filed December 8, 2005









Dismissed and Memorandum Opinion filed December 8,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01177-CV

____________

 

ANGELICA
HERNANDEZ, Appellant

 

V.

 

IGNACIO
HERNANDEZ, Appellee

 



 

On Appeal from the
308th District Court

Harris County, Texas

Trial Court Cause
No.
04-71172

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce signed
August 10, 2005.  On December 2, 2005,
the parties filed a joint motion to dismiss the appeal because the underlying controversy has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 8, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.